**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2150**

———————

JAMES D. ALDAY; LORRI ALDAY,

                              Plaintiffs - Appellants,

        versus

TECPHY DIVISION FIRMINY,

                              Defendant - Appellee,

        and

FORTECH, INCORPORATED; C. H. POWELL COMPANY,

                              Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-97-2356-2-18)

———————

Submitted:  May 11, 1999              Decided:  June 9, 1999

———————

Before WIDENER and KING, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Julian H. Toporek, Savannah, Georgia, for Appellants. Robert H. Brunson, Courtney A. Crook, NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P., Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James and Lorri Alday appeal the district court's order granting Appellee summary judgment in this diversity personal injury action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Alday v. Tecphy Division Firminy</u>, No. CA-97-2356-2-18 (D.S.C. July 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>